**Claude PORTER, Plaintiff–Appellant**

v.

**PAPA JOHN'S PIZZA; P.J. Louisiana, Inc., Defendants–Appellees.**

**No. 09–31160**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 27, 2010.

Claude Porter, St. Gabriel, LA, pro se.

Janis E. Van Meerveld, Adams & Reese, L.L.P., New Orleans, LA, William Kennedy Hancock, Adams & Reese, L.L.P., Birmingham, AL, for Defendants–Appellees.

Before JOLLY, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

AFFIRMED. See Rule 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.